**Order entered November 4, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00717-CV

### JOE ERVIN LOCKRIDGE, Appellant

### V.

### STEPHANIE MARTIN, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02578**

## ORDER

Before the Court is appellant's November 3, 2021 motion for extension of time to file his corrected brief. Appellant notes he received a notice from the Court that his brief was deficient because it failed to cite to the record. Appellant further notes he has not received a copy of the record, and he requests a copy be provided.

We **GRANT** the motion. We **DIRECT** the Clerk of the Court to mail a paper copy of the appellate record to appellant. We further **ORDER** appellant's corrected brief be filed no later than December 3, 2021.

/s/    KEN MOLBERG
JUSTICE